Charles D. Schmerler
Mark A. Robertson
India DeCarmine
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, New York 10103-3198
Telephone: 212-318-3000
Facsimile: 212-318-3400

*Attorneys for Defendants Knoedler Gallery, LLC, Michael Hammer and 8-31 Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

THE ARTHUR TAUBMAN TRUST,
EUGENIA TAUBMAN and NICHOLAS
TAUBMAN,

        Plaintiffs,

-against-

KNOEDLER GALLERY, LLC, d/b/a
KNOEDLER & COMPANY, 8-31
HOLDINGS, INC., ANN FREEDMAN,
MICHAEL HAMMER, GLAFIRA
ROSALES and JOSÉ CARLOS
BERGANTINOS DIAZ,

        Defendants.

------------------------------------------------------------ X

CIVIL ACTION NO. 13 CV 3011

NOTICE OF APPEARANCE OF
ATTORNEY FOR DEFENDANTS
KNOEDLER GALLERY, LLC, d/b/a
KNOEDLER & COMPANY,
MICHAEL HAMMER AND 8-31
HOLDINGS, INC.

    Charles D. Schmerler appears as counsel for Defendants Knoedler Gallery, LLC, d/b/a Knoedler & Company, Michael Hammer and 8-31 Holdings, Inc. The clerk is requested to note the appearance on the court's docket and to forward all entries, orders, notices and other court documents in this proceeding to him at the e-mail or physical address identified below.

Dated: June 19, 2013
      New York, New York

Respectfully submitted,

FULBRIGHT & JAWORSKI LLP

By: _____
Charles D. Schmerler
charles.schmerler@nortonrosefulbright.com
Mark A. Robertson
mark.robertson@nortonrosefulbright.com
India DeCarmine
india.decarmine@nortonrosefulbright.com
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
(212) 318-3000
(212) 318-3400

*Attorneys for Defendants Knoedler Gallery, LLC, d/b/a Knoedler & Company, Michael Hammer and 8-31 Holdings, Inc.*

Of Counsel:

Andrius R. Kontrimas
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  713-651-5151
Facsimile:  713-651-5246
andrius.kontrimas@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Appearance was served via the ECF filing system on June 20, 2013 on the counsel of record.

_____
India DeCarmine