# Exhibit A



Recto, overall (normal light)



Verso, overall (normal light)