Charles D. Schmerler
Mark A. Robertson
India DeCarmine
Norton Rose Fulbright US LLP
666 Fifth Avenue
New York, New York 10103-3198
Telephone: 212-318-3000
Facsimile: 212-318-3400

*Attorneys for Defendants Knoedler Gallery, LLC, Michael Hammer and 8-31 Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE ARTHUR TAUBMAN TRUST, EUGENIA TAUBMAN and NICHOLAS TAUBMAN,

                            *Plaintiff*,

       - against –

KNOEDLER GALLERY, LLC, d/b/a KNOEDLER & COMPANY, 8-31 HOLDINGS, INC., ANN FREEDMAN, MICHAEL HAMMER, GLAFIRA ROSALES, and JOSE CARLOS BERGANTINOS DIAZ,

                            *Defendants*.

13 CV 3011 (PGG) (HBP)

**NOTICE OF CHANGE OF FIRM NAME**

**PLEASE TAKE NOTICE** that the law firm of Fulbright & Jaworski LLP has changed its firm name to Norton Rose Fulbright US LLP, effective immediately. The remainder of the address is unchanged. As a result, the name and address of the firm's New York office is now:

      Norton Rose Fulbright US LLP
      666 Fifth Avenue
      New York, New York 10103
      Telephone: 212-318-3000
      Facsimile: 212- 318-3400

58330115.1

1

Please update your records to reflect this change.

Dated: January 30, 2015

                                            Respectfully submitted,

                                            /s/ Mark A. Robertson
                                            Norton Rose Fulbright US LLP
                                            Charles D. Schmerler
                                            Mark A. Robertson
                                            India DeCarmine
                                            666 Fifth Avenue
                                            New York, New York 10103-3198
                                            Telephone: 212-318-3000
                                            Facsimile:  212-318-3400
                                            charles.schmerler@nortonrosefulbright.com
                                            mark.robertson@nortonrosefulbright.com
                                            india.decarmine@nortonrosefulbright.com

                                            Andrius R. Kontrimas
                                            1301 McKinney, Suite 5100
                                            Houston, Texas 77010
                                            Telephone: 713-651-5151
                                            Facsimile:  713-651-5246
                                            andrius.kontrimas@nortonrosefulbright.com

                                            *Attorneys for Defendants Knoedler Gallery, LLC, Michael Hammer and 8-31 Holdings, Inc.*