Charles D. Schmerler
Mark A. Robertson
India DeCarmine
Sarah 3. O'Connell

NORTON ROSE FULBRIGHT US LLP
666 Fifth Avenue
New York, New York 10103-3198
Telephone: 212-318-3000
Facsimile:  212-318-3400

*Attorneys for Defendants Knoedler Gallery, LLC,*
*Michael Hammer and 8-31 Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- X

THE ARTHUR TAUBMAN TRUST,
EUGENIA TAUBMAN and NICHOLAS
TAUBMAN,

        Plaintiffs,

-against-

KNOEDLER GALLERY, LLC, d/b/a
KNOEDLER & COMPANY, 8-31
HOLDINGS, INC., ANN FREEDMAN,
MICHAEL HAMMER, GLAFIRA
ROSALES and JOSÉ CARLOS
BERGANTINOS DIAZ,

        Defendants.

--------------------------------------------------- X

CIVIL ACTION NO. 13 CV 3011

**NOTICE OF APPEARANCE OF**
**ATTORNEY FOR DEFENDANTS**
**KNOEDLER GALLERY, LLC, d/b/a**
**KNOEDLER & COMPANY,**
**MICHAEL HAMMER AND 8-31**
**HOLDINGS, INC.**

Sarah E. O'Connell appears as counsel for Defendants Knoedler Gallery, LLC, d/b/a Knoedler & Company, Michael Hammer and 8-31 Holdings, Inc. The clerk is requested to note the appearance on the court's docket and to forward all entries, orders, notices and other court documents in this proceeding to her at the e-mail or physical address identified below.

58422546.1

Dated: April 1, 2015
      New York, New York

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: _____
Charles D. Schmerler
charles.schmerler@nortonrosefulbright.com
Mark A. Robertson
mark.robertson@nortonrosefulbright.com
India DeCarmine
india.decarmine@nortonrosefulbright.com
Sarah E. O'Connell
sarah.oconnell@nortonrosefulbright.com
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
(212) 318-3000
(212) 318-3400

*Attorneys for Defendants Knoedler Gallery, LLC, d/b/a Knoedler & Company, Michael Hammer and 8-31 Holdings, Inc.*

Of Counsel:

Andrius R. Kontrimas
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  713-651-5151
Facsimile:  713-651-5246
andrius.kontrimas@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance was served via the ECF filing system on April 1, 2015 on the counsel of record.

_____
Sarah E. O'Connell

58422546.1

- 2 -