UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ARTHUR TAUBMAN TRUST, EUGENIA TAUBMAN and NICHOLAS TAUBMAN,

                Plaintiffs,

-against-

KNOEDLER GALLERY, LLC d/b/a, KNOEDLER & COMPANY, 8-31 HOLDINGS, INC., ANN FREEDMAN, MICHAEL HAMMER, GLAFIRA ROSALES and JOSE CARLOS BERGANTINOS DIAZ,

                Defendants.

13-CV-3011 (PGG) (HBP)
ECF CASE

## NOTICE OF WITHDRAWAL OF PAUL B. MASLO

**PLEASE TAKE NOTICE** that Paul B. Maslo, of Boies, Schiller & Flexner LLP, 30 South Pearl Street, Albany, NY 12207, will no longer be associated with Boies, Schiller & Flexner LLP effective July 2, 2014, and hereby withdraws as counsel of record for Defendant Ann Freedman. Freedman's counsel requests that Mr. Maslo be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.

Dated:  July 1, 2015

                              **BOIES, SCHILLER & FLEXNER LLP**

                              By:    /s/ Luke Nikas
                                      Luke Nikas
                                      30 South Pearl Street
                                      Albany, NY 12207
                                      Telephone: (518) 434-0600
                                      Facsimile: (518) 434-0665
                                      lnikas@bsfllp.com

1