UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
The Arthur Taubman Trust, et al.
                     Plaintiff,

Case No. 13-cv-03011-PGG-HBP

   -against-
Knoedler Gallery, LLC, et al.
                     Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Luke Nikas**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LN9008    My State Bar Number is 4491049

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Boies, Schiller & Flexner LLP
               FIRM ADDRESS: 30 South Pearl St., Albany, NY 12207
               FIRM TELEPHONE NUMBER: (518) 434-0600
               FIRM FAX NUMBER: (518) 434-0665

NEW FIRM:    FIRM NAME: Boies, Schiller & Flexner LLP
               FIRM ADDRESS: 575 Lexington Avenue, New York, NY 10022
               FIRM TELEPHONE NUMBER: (212) 446-2300
               FIRM FAX NUMBER: (212) 446-2350

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/2/15

*Luke Nikas/spl*
ATTORNEY'S SIGNATURE