UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE MARTIN HILTI FAMILY TRUST,          :     13 Civ. 0657 (PGG)(HBP)

                Plaintiff,          :

    -against-                               :

KNOEDLER GALLERY, LLC, d/b/a,            :
"Knoedler & Company," et al.,

                Defendants.         :

------------------------------------X

FRANCES HAMILTON WHITE,                  :     13 Civ. 1193 (PGG)(HBP)

                Plaintiff,          :

    -against-                               :

ANN FREEDMAN, et al.,                    :

                Defendants.         :

------------------------------------X

THE ARTHUR TAUBMAN TRUST, et al.,   :     13 Civ. 3011 (PGG)(HBP)

                Plaintiffs,         :

    -against-                               :

KNOEDLER GALLERY, LLC, d/b/a,
"Knoedler & Company," et al.,            :

                Defendants.         :

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/15

```
---------------------------------X
```

FRANK J. FERTITTA, III, <u>et al</u>.,     :     14 Civ. 2259 (JPO)(HBP)

             Plaintiffs,     :     <u>ORDER</u>

  -against-                         :

KNOEDLER GALLERY, LLC, d/b/a,          :
"Knoedler & Company," <u>et al</u>.,
                             :
             Defendants.
                             :
```
---------------------------------X
```

        PITMAN, United States Magistrate Judge:

        Two digitally-recorded conference calls having been
held in the above-captioned matters on October 30, 2015, during
which scheduling and discovery issues were discussed, after
hearing from counsel for all parties, and for the reasons stated
on the recording of the call, it is hereby ORDERED that:

        1.  The deposition of Ann Freedman shall take
place on December 21-23, 2015.

        2.  The deposition of Freedman LLP's Rule 30(b)(6)
designee shall take place on November 13, 2015.

        3.  Defendants' application to adjourn the deposi-
tions of Michael Hammer, Ann Freedman, Frances White,
Harvey White, Howard Shaw, Eugenia Taubman and Nicholas
Taubman until after the conclusion of the trial in <u>De</u>

Sole v. Knoedler Gallery, LLC, 12 Civ. 2313 (PGG), and

Howard v. Freedman, 12 Civ. 5263 (PGG), is denied.

4.   Counsel for the parties in 14 Civ. 2259 are to

meet and confer concerning defendants' application to

adjust the scheduling of written discovery in that

matter and to adjourn the depositions of Oliver Wick

and Urs Kraft until after the conclusion of the trial

in De Sole v. Knoedler Gallery, LLC, 12 Civ. 2313 (PGG)

(HBP), and Howard v. Freedman, 12 Civ. 5263 (PGG)

(HBP), and submit a global proposal to me for adjusting

the discovery schedule in 14 Civ. 2259.

Dated:   New York, New York
         November 2, 2015

                                   SO ORDERED

                                   HENRY PITMAN
                                   United States Magistrate Judge

Copies transmitted to:

All Parties