```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 1/28/16
```
Pitman, H.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES HAMILTON WHITE, <br><br> Plaintiff, <br><br> - against - <br><br> ANN FREEDMAN, et al., <br><br> Defendants. | 13-cv-1193 (PGG) (HBP) |
| THE ARTHUR TAUBMAN TRUST, et al. <br><br> Plaintiffs, <br><br> - against - <br><br> KNOEDLER GALLERY, LLC, et al. <br><br> Defendants. | 13-cv-03011 (PGG) (HBP) |
| THE MARTIN HILTI FAMILY TRUST, <br><br> Plaintiff, <br><br> - against - <br><br> KNOEDLER GALLERY, LLC, et al., <br><br> Defendants. | 13-cv-00657 (PGG)(HBP) |

## JOINT STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiffs in the above-captioned actions (the "Plaintiffs") and Defendants Knoedler Gallery, LLC, 8-31 Holdings, Inc., Michael Hammer, and Ann Freedman (together, "Defendants") through their respective counsel that: (a) the deadline for the parties to make their Fed. R. Civ. P. 26(a)(2) expert disclosures pursuant to Paragraph 7 of the Revised Civil Case Management Plan and Scheduling Order, dated July 17, 2015, currently set for January 29, 2016, is adjourned; and (b) the parties will meet and confer regarding an appropriate deadline for those disclosures before the conclusion of fact discovery.

2452082.1

Dated: New York, New York
       January 26, 2016

| | |
|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | PRYOR CASHMAN LLP |

By: /s/ *David J. Eiseman*

David J. Eiseman
Michael Munoz
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Plaintiff Francis Hamilton White*

By: _____

James A. Janowitz
William L. Charron
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff The Martin Hilti Family Trust*

HUGHES HUBBARD & REED LLP

By: /s/ *Daniel H. Weiner*

Daniel H. Weiner
Webster D. McBride
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Plaintiffs The Arthur Taubman Trust, Eugenia Taubman and Nicholas Taubman*

NORTON ROSE FULBRIGHT US LLP

By: _____

Charles D. Schmerler
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants Knoedler Gallery, LLC, 8-31 Holdings, Inc., and Michael Hammer*

BOIES SCHILLER & FLEXNER LLP

By: _____
Luke W. Nikas
575 Lexington Avenue, 7th Floor
New York, NY 10022
9212) 446-2300
*Attorneys for Defendant Ann Freedman*

**SO ORDERED:**

_____
Hon. Henry Pitman, United States Magistrate Judge

2

2452082.1

Dated: New York, New York
January ___, 2016

| | |
|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | PRYOR CASHMAN LLP |

By: _____
　　David J. Eiseman
　　Michael Munoz
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Plaintiff Francis Hamilton White*

By: _____
　　James A. Janowitz
　　William L. Charron
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff The Martin Hilti Family Trust*

HUGHES HUBBARD & REED LLP

By: _____
　　Daniel H. Weiner
　　Webster D. McBride
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Plaintiffs The Arthur Taubman Trust, Eugenia Taubman and Nicholas Taubman*

NORTON ROSE FULBRIGHT US LLP

By: _____
　　Charles D. Schmerler
　　Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants Knoedler Gallery, LLC, 8-31 Holdings, Inc., and Michael Hammer*

BOIES SCHILLER & FLEXNER LLP

By: _____
　　Luke W. Nikas
575 Lexington Avenue, 7th Floor
New York, NY 10022
9212) 446-2300
*Attorneys for Defendant Ann Freedman*

SO ORDERED:

_____
Hon. Henry Pitman, United States Magistrate Judge

Dated: New York, New York
January ___, 2016

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: _____
    David J. Eiseman
    Michael Munoz
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Plaintiff Francis Hamilton White*

PRYOR CASHMAN LLP

By: _____
    James A. Janowitz
    William L. Charron
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff The Martin Hilti Family Trust*

HUGHES HUBBARD & REED LLP

By: _____
    Daniel H. Weiner
    Webster D. McBride
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Plaintiffs The Arthur Taubman Trust, Eugenia Taubman and Nicholas Taubman*

NORTON ROSE FULBRIGHT US LLP

By: _____/s/_____
    Charles D. Schmerler
    Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants Knoedler Gallery, LLC, 8-31 Holdings, Inc., and Michael Hammer*

BOIES SCHILLER & FLEXNER LLP

By: _____
    Luke W. Nikas
575 Lexington Avenue, 7th Floor
New York, NY 10022
9212) 446-2300
*Attorneys for Defendant Ann Freedman*

SO ORDERED:

_____
Hon. Henry Pitman, United States Magistrate Judge

2

2452082.1

Dated: New York, New York
January __, 2016

| | |
|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | PRYOR CASHMAN LLP |

By: _____
David J. Eiseman
Michael Munoz
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Plaintiff Francis Hamilton White*

By: _____
James A. Janowitz
William L. Charron
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff The Martin Hilti Family Trust*

HUGHES HUBBARD & REED LLP

NORTON ROSE FULBRIGHT US LLP

By: _____
Daniel H. Weiner
Webster D. McBride
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Plaintiffs The Arthur Taubman Trust, Eugenia Taubman and Nicholas Taubman*

By: _____
Charles D. Schmerler
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants Knoedler Gallery, LLC, 8-31 Holdings, Inc., and Michael Hammer*

BOIES SCHILLER & FLEXNER LLP

By: *Luke Nikas /cw*
Luke W. Nikas
575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446-2300
*Attorneys for Defendant Ann Freedman*

**SO ORDERED:**

_____
Hon. Henry Pitman, United States Magistrate Judge

1-28-16

2